No. 644, Misc. FRANKLIN v. SHORTMAN ET AL. C. A. 2d Cir. Certiorari denied. *Aaron Benenson* for respondent Shortman.

No. 646, Misc. HOLLAND v. NASOU, MEDICAL DIRECTOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 647, Misc. WINN ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States. 

No. 650, Misc. WRIGHT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 654, Misc. BOGGUS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States. 

No. 662, Misc. HOLLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States. 

No. 664, Misc. CLARK v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. Perry Langford* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States. 

No. 666, Misc. HOBBS v. BRANTLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 667, Misc. CONYERS v. HEROLD, HOSPITAL DIRECTOR, ET AL. C. A. 2d Cir. Certiorari denied.